FILED
 2014 Dec-04 PM 12:12
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **DALE WILLIAM GILLEY, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.  4:13-cv-01116-CLS-HGD |
| ) | |
| **CULLMAN COUNTY DISTRICT** ) | |
| **ATTORNEY'S OFFICE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 10, 2014, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  The plaintiff's pending motion to supplement the record to include his

claim that he was incompetent to stand trial (Doc. 15) and motion for service on the defendants (Doc. 16) are due to be DENIED as MOOT.

    A Final Judgment will be entered.

    DONE this 4th day of December, 2014.

                                        _____
                                        United States District Judge